| Information to identify the case: | | |
|---|---|---|
| Debtor | **Purchasing Solutions International, Inc.** <br> Name | EIN **75–2846617** |
| United States Bankruptcy Court **Northern District of Texas** <br> Case number: **20–42180–mxm7** | | Date case filed for chapter **7 6/28/20** |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline 12/15

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Purchasing Solutions International, Inc. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1824 8th Ave. <br> Fort Worth, TX 76110 | |
| 4. | **Debtor's attorney** <br> Name and address | Behrooz P. Vida <br> The Vida Law Firm, PLLC <br> 3000 Central Drive <br> Bedford, TX 76021 | Contact Phone: (817)358–9977 <br><br> Email: filings@vidalawfirm.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Shawn K. Brown <br> Chapter 7 Trustee <br> PO Box 93749 <br> Southlake, TX 76092 | Contact Phone: (817) 348–0777 <br><br> Email: trustee@browntrustee.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 501 W. Tenth Street <br> Fort Worth, TX 76102 | Hours open: <br> Mon.–Fri. 8:30–4:30 <br><br> Contact Phone: 817–333–6000 <br><br> Date: 6/30/20 |
| 7. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **August 5, 2020 at 09:00 AM** <br><br> **BY TELEPHONE** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Trustee: **Shawn K. Brown** <br> Toll free number: **877–489–9232** <br> Alternate number: **517–345–0329** <br> Participant Code: **9122944** |
| | **Debtor attorneys will be responsible for verifying both the debtors' photo ID and the debtors' social security number on the record. If you are a pro se debtor who appears by telephone, the trustee may require that you appear at a continued meeting in order to present your proof of identification and social security number and to affirm that you were the one who testified at the telephonic meeting.** | | |
| 8. | **Proof of claim** <br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. <br><br> If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

# INFORMATION FOR THE TELEPHONIC § 341 MEETING OF CREDITORS

Because of developing issues with the COVID−19 virus and the national declaration of emergency by the President of the United States, § 341 Meetings of Creditors (?Meetings?) will be conducted telephonically. The telephone call in numbers and participant code are found on the enclosed Notice.

**Additional Dial−In Information:**

(1) You must use a touch−tone phone to participate.

(2) <u>Landline preferred</u>. If you have a choice, use a landline phone, instead of a cell phone. Do not use a speaker phone.

(3) Dial the call−in number and then enter the participant code, which consists of 7 numbers and is followed by a # sign. Immediately place your phone on mute.

(4) Make the call from a quiet area where there is as little background noise as possible.

(5) As more than one Meeting will be held during this period, listen for your case to be called. When your case is called, unmute your phone and identify yourself.

(6) When speaking during your case, identify yourself.

(7) Do not put the phone on hold at any time after the call is connected.

(8) If any party is attending the Meeting from the same location as another party, use separate touch−tone phones to participate.

(9) Once the case Meeting is finished, hang up.

(10) If you become disconnected before your Meeting is finished, call back.

**Bankruptcy Documents:**

Debtors should have their bankruptcy documents available in the event there are questions about the information in the documents.

**Recording:** The Meetings will be recorded by the trustee or United States Trustee.

United States Bankruptcy Court
Northern District of Texas

In re:  
Purchasing Solutions International, Inc.  
     Debtor

Case No. 20-42180-mxm  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0539-4     User: jward     Page 1 of 1     Date Rcvd: Jun 30, 2020  
                 Form ID: 309C     Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2020.
```
db            +Purchasing Solutions International, Inc.,    1824 8th Ave.,    Fort Worth, TX 76110-1391
19034292      +BBVA USA,    3131 W. 7th St. #200,    Fort Worth, Texas 76107-2789
19034294      +Jack M. Kuykendall,    Law Offices of Jack M. Kuykendall,    15601 Dallas Parkway, Ste 900,
               Addison, Texas 75001-6098
19034295      +Mary H. Barkley,    Cantey Hanger LLP,    600 W. 6th Street, Ste 300,
               Fort Worth, Texas 76102-6898
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: filings@vidalawfirm.com Jul 01 2020 00:26:01      Behrooz P. Vida,
               The Vida Law Firm, PLLC,    3000 Central Drive,    Bedford, TX  76021
tr            +EDI: FSKBROWN.COM Jul 01 2020 03:58:00      Shawn K. Brown,    Chapter 7 Trustee,    PO Box 93749,
               Southlake, TX 76092-0117
19034293       EDI: IRS.COM Jul 01 2020 03:58:00      Internal Revenue Service Center,    PO Box 7346,
               Philadelphia, PA  19101-7346
                                                                                              TOTAL: 3
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2020                                                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2020 at the address(es) listed below:
```
              Behrooz P. Vida    on behalf of Debtor    Purchasing Solutions International, Inc.
               filings@vidalawfirm.com,    legalprokirstin@gmail.com;bkfilings@yahoo.com
              Shawn K. Brown    trustee@browntrustee.com,    skb@trustesolutions.net
              United States Trustee    ustpregion06.da.ecf@usdoj.gov
                                                                                             TOTAL: 3
```