**Fill in this information to identify the case**

Debtor name **Purchasing Solutions International, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **20-42180-7**
(if known)

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets -- Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   **Current value of debtor's interest**

2. **Cash on hand**

   **$8,240.35**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | BB&T; Checking account | Checking account | 7 7 9 9 | $7,740.35 |
| 3.2. | BB&T; money market account | money market | 0 9 4 1 | $500.00 |
| 3.3. | BBVA checking account held for Perry's Restaurants | Checking account | 2 0 5 | $0.50 |
| 3.4. | BBVA checking account held for Crescent | Checking account | 1 3 9 | $0.00 |
| 3.5. | BBVA checking account held for Nashville | Checking account | 6 3 6 | $0.00 |
| 3.6. | BBVA checking account held for client | Checking account | 0 6 6 | $1.17 |
| 3.7. | BBVA checking account held for Brown Palace | Checking account | 9 3 0 | $0.00 |
| 3.8. | BBVA checking account held for Westin Annapolis | Checking account | 9 7 7 | $0.00 |

Debtor **Purchasing Solutions International, Inc.**      Case number (if known) **20-42180-7**

Name

**4.** Other cash equivalents    *(Identify all)*

Name of institution (bank or brokerage firm)

**5. Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $16,482.37 |
|---|

## Part 2: Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

Current value of
debtor's interest

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9. Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

| $0.00 |
|---|

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

Current value of
debtor's interest

**11. Accounts receivable**

11a. 90 days old or less:    **$45,000.00**   –   **$0.00**   = ..............→    **$45,000.00**
                    face amount        doubtful or uncollectible accounts

11b. Over 90 days old:    **$27,500.00**   –   **$0.00**   = ..............→    **$27,500.00**
                    face amount        doubtful or uncollectible accounts

**12. Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| $72,500.00 |
|---|

## Part 4: Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

Valuation method      Current value of
used for current value    debtor's interest

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

Debtor  **Purchasing Solutions International, Inc.**                              Case number (if known)  **20-42180-7**
Name

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                              % of ownership:

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

17.  **Total of Part 4**                                                                    | $0.00 |
Add lines 14 through 16. Copy the total to line 83.

## Part 5:  Inventory, excluding agriculture assets

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes.  Fill in the information below.

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies** | | | | |

23.  **Total of Part 5**                                                                    | $0.00 |
Add lines 19 through 22. Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____    Valuation method _____    Current value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27.  **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.  **Crops--either planted or harvested** | | | |
| 29.  **Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30.  **Farm machinery and equipment**  (Other than titled motor vehicles) | | | |

Debtor    **Purchasing Solutions International, Inc.**        Case number (if known)   **20-42180-7**
Name

**31. Farm and fishing supplies, chemicals, and feed**

**32. Other farming and fishing-related property not already listed in Part 6**

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.       **$0.00**

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
     ☐ No
     ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **2 Desk, 3 Cubicles, 3 Modular desks, Conference table, Dining table, 28 Filing cabinets, 33 chairs: Desk chair, Guest chairs & Conference chair; Console table, 3 Bookshelf credenzas, 3 Side tables, Asian Trunk, Lamp, metal rack shelving, Xerox copier** | | | **$5,000.00** |
| **40. Office fixtures** | | | |
| **refigerator, 14 trash cans, 4 calculators** | | | **$250.00** |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **9 PC Computers, 4 32" PC Monitors, 23 27" PC Monitors, 7 BW printers, 1 color printer, VOIP phone system, 1 server, 65" television, 80" television/monitor** | | | **$5,000.00** |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.       **$10,250.00**

| Debtor | **Purchasing Solutions International, Inc.** | Case number (if known) | **20-42180-7** |
|---|---|---|---|
| | Name | | |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$0.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| **55.1. 1824 8th Ave.,**<br>**Fort Worth, Texas 76110**<br>**1824 8th Ave. Fort Worth, Texas**<br>**land & commerical building** | **Fee Simple** | | | **$1,080,000.00** |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$1,080,000.00

Debtor **Purchasing Solutions International, Inc.**　　　　　Case number (if known) __20-42180-7__
　　　Name

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10: Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** | | | |

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☐ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

Current value of debtor's interest

**71. Notes receivable**

Description (include name of obligor)

Debtor   **Purchasing Solutions International, Inc.**                          Case number (if known)   **20-42180-7**
_____
Name

**72.  Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73.  Interests in insurance policies or annuities**

**74.  Causes of action against third parties (whether or not a lawsuit has been filed)**

**Cause of action against Baha Mar, Ltd.**
**Uncollectible because of bankruptcy filed in Delaware** _____   **$2,100,000.00**

**Nature of claim**        _____

**Amount requested**      _____

**75.  Other contingent and unliquidated claims or causes of action of every nature,**
**including counterclaims of the debtor and rights to set off claims**

**76.  Trusts, equitable or future interests in property**

**77.  Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**Bond Ellis Trust Account;  retainer currently held in a Trust account situated with Josh Eppich**
**of Bond Ellis Eppich Shafer Jones LLP.** _____   **$20,929.37**

**78.  Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90.                          **$2,120,929.37**

**79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor **Purchasing Solutions International, Inc.**
Name

Case number (if known) **20-42180-7**

**Part 12:** **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$16,482.37** | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| **82. Accounts receivable.** *Copy line 12, Part 3.* | **$72,500.00** | |
| **83. Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| **84. Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| **85. Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$10,250.00** | |
| **87. Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| **88. Real property.** *Copy line 56, Part 9*............................................................ ➜ | | **$1,080,000.00** |
| **89. Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| **90. All other assets.** *Copy line 78, Part 11.* | + **$2,120,929.37** | |
| **91. Total.** Add lines 80 through 90 for each column. 91a. | **$2,220,161.74** + 91b. | **$1,080,000.00** |

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92......................................................................................... **$3,300,161.74**

**Fill in this information to identify the case:**

Debtor name **Purchasing Solutions International, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **20-42180-7**
(if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** Creditor's name<br>**App Group International, LLC** | Describe debtor's property that is subject to a lien<br>**All Assets** | **Unknown** | **$0.00** |
| Creditor's mailing address<br>**85 Broad St., 17th Floor**<br>**New York 10004** | Describe the lien<br>**Loans to Debtor / Agreement** | | |
| | Is the creditor an insider or related party?<br>☑ No<br>☐ Yes | | |
| Creditor's email address, if known | Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Date debt was incurred **1/28/2019**<br>Last 4 digits of account number **6  5  6  3** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Do multiple creditors have an interest in the same property?<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

**$2,013,057.36**

Debtor **Purchasing Solutions International, Inc.**                    Case number (if known) **20-42180-7**

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.2** Creditor's name
**BBVA**

Creditor's mailing address
**3131 W. 7th Street, Ste 200**

_____

**Fort Worth          TX    76107**

Creditor's email address, if known

_____

Date debt was incurred          _____

Last 4 digits of account number          **6  9  1  9**

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes.  Have you already specified the relative priority?

　　☑ No.  Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien                    **$1,000,000.00      $1,080,000.00**

**all assets; Inventory, equipment, Receivables. etc**

Describe the lien
**Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**1) JP Morgan Chase; 2) Tarrant County Tax Collector; 3) JP Morgan Chase; 4) JPMorgan Chase; 5) BBVA.**

　　☐ Yes.  The relative priority of creditors is specified on lines _____

**2.3** Creditor's name
**Corporation Service Company**

Creditor's mailing address
**As Represenattive**

**P.O. Box 2576**

_____

**Springfiled          IL    62708**

Creditor's email address, if known

_____

Date debt was incurred          **6/24/2019**

Last 4 digits of account number          **1  5  5  3**

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes.  Have you already specified the relative priority?

　　☐ No.  Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien                    **Unknown          $0.00**

**All assets**

Describe the lien
**Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

　　☐ Yes.  The relative priority of creditors is specified on lines _____

Debtor **Purchasing Solutions International, Inc.**       Case number (if known) **20-42180-7**

| **Part 1:** | **Additional Page** | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.4**

| Creditor's name | Describe debtor's property that is subject to a lien | | Unknown | $0.00 |
| **Fortress Merchant Solutions, Inc** | | | | |

Creditor's mailing address
**400 Hollywood Blvd., Suite 285 S**

**All assets**

Describe the lien

**Agreement**

Is the creditor an insider or related party?

**Hollywood**      **FL**    **33021**

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

Date debt was incurred _____

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No
☐ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

     ☐ Yes. The relative priority of creditors is specified on lines _____

**2.5**

| Creditor's name | Describe debtor's property that is subject to a lien | | Unknown | $0.00 |
| **Jiffy Capital, LLC** | | | | |

Creditor's mailing address
**2376 60th Street**

**All assets**

Describe the lien

**Agreement**

Is the creditor an insider or related party?

**Brooklyn**      **NY**    **11204**

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

Date debt was incurred _____

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No
☐ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

     ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor   **Purchasing Solutions International, Inc.**                    Case number (if known)  **20-42180-7**

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.6**   **Creditor's name**
**JP Morgan Chase**

**Creditor's mailing address**
**PO Box 29550, AZ1-1025**

_____

**Phoenix                AZ    85038**

**Creditor's email address, if known**

_____

**Date debt was incurred**    **11/23/2016**

**Last 4 digits of account
number**                    **0   0   1   0**

**Do multiple creditors have an interest in
the same property?**

☑ No
☐ Yes.  Have you already specified the
   relative priority?

   ☐ No.  Specify each creditor, including this
      creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
      specified on lines _____

**Describe debtor's property that is
subject to a lien**

**1824 8th Ave, FW, TX 76110**

**Describe the lien**

**Agreement**
_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$656,988.40     $1,080,000.00

**2.7**   **Creditor's name**
**JP Morgan Chase**

**Creditor's mailing address**
**PO Box 29550, AZ1-1025**

_____

**Phoenix                AZ    85038**

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account
number**             ___  ___  ___  ___

**Do multiple creditors have an interest in
the same property?**

☐ No
☑ Yes.  Have you already specified the
   relative priority?

   ☐ No.  Specify each creditor, including this
      creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is
      specified on lines **2.2**

**Describe debtor's property that is
subject to a lien**

**1824 8th Ave, FW, TX 76110**

**Describe the lien**

**Agreement**
_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$300,000.00     $1,080,000.00

Debtor   **Purchasing Solutions International, Inc.**                    Case number (if known) **20-42180-7**

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.8** **Creditor's name**
**JPMorgan Chase**

**Creditor's mailing address**
**PO Box 29550, AZ1-1025**

**Phoenix          AZ     85038**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account
number**          **0   0   1   1**

**Do multiple creditors have an interest in
the same property?**

☐ No
☑ Yes.  Have you already specified the
relative priority?

　　☐ No.  Specify each creditor, including this
　　　　creditor, and its relative priority.

　　☑ Yes.  The relative priority of creditors is
　　　　specified on lines **2.2**

**Describe debtor's property that is
subject to a lien**

arrearage

**Describe the lien**

Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$24,881.48          $1,080,000.00

**2.9** **Creditor's name**
**Tarrant County Tax Collector**

**Creditor's mailing address**
**100 E Weatherford St**

**Fort Worth          TX     76196**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account
number**          **2   8   7   0**

**Do multiple creditors have an interest in
the same property?**

☑ No
☐ Yes.  Have you already specified the
relative priority?

　　☐ No.  Specify each creditor, including this
　　　　creditor, and its relative priority.

　　☐ Yes.  The relative priority of creditors is
　　　　specified on lines _____

**Describe debtor's property that is
subject to a lien**

1824 8th Ave, FW, TX 76110

**Describe the lien**

2019 property taxes / Statutory Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$31,187.48          $1,080,000.00

Debtor  **Purchasing Solutions International, Inc.**     Case number (if known) **20-42180-7**

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Column A — **Amount of claim** — Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.10**

**Creditor's name**
**Whirlpool Corporation**

**Creditor's mailing address**
**500 Momany Drive**

_____

_____

**St. Jospeh**          **MI**     **49085**

**Creditor's email address, if known**

_____

**Date debt was incurred**     _____

**Last 4 digits of account number**          ___  ___  ___  ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines  _____

**Describe debtor's property that is subject to a lien**

**Whirlpool Goods Sold**

**Describe the lien**

**Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

**Fill in this information to identify the case:**

Debtor    **Purchasing Solutions International, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number   **20-42180-7**
(if known)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address    **As of the petition filing date, the claim is:** *Check all that apply.*

_____
_____
_____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Basis for the claim:**

_____

**Date or dates debt was incurred**

_____

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( _____ )

Debtor   **Purchasing Solutions International, Inc.**                    Case number (if known)  **20-42180-7**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.**  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,469.06 |
|---|---|---|---|

**7th Ave. Nashville Hotel Owner, LLC**

☑ Contingent

**c/o CAPEX Project Management**

☐ Unliquidated

**1831 12th Ave. South - 373**

☐ Disputed

Basis for the claim:

**Nashville**          **TN**     **37203**          **Debt**

Date or dates debt was incurred          Is the claim subject to offset?

Last 4 digits of account number          ☑ No
                                         ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.25 |
|---|---|---|---|

**ABSOCOLD ATTN: Matt Munchel**

☑ Contingent

**P.O. Box 803936**

☐ Unliquidated
☐ Disputed

Basis for the claim:

**Kansas City**          **MO**     **64180-3936**          **Vendor**

Date or dates debt was incurred          Is the claim subject to offset?

Last 4 digits of account number          ☑ No
                                         ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,160.00 |
|---|---|---|---|

**Academy Awnings, Inc.**

☑ Contingent

**1501 Beach Street**

☐ Unliquidated
☐ Disputed

Basis for the claim:

**Montebello**          **CA**     **90640**          **Vendor**

Date or dates debt was incurred          Is the claim subject to offset?

Last 4 digits of account number          ☑ No
                                         ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,653.87 |
|---|---|---|---|

**AESTHETIC MIRROR**

☑ Contingent

**Aesthetic Mirror**

☐ Unliquidated

**1640 Silverwood Terrace**

☑ Disputed

Basis for the claim:

**Los Angeles**          **CA**     **90026**          **Vendor**

Date or dates debt was incurred          Is the claim subject to offset?

Last 4 digits of account number          ☑ No
                                         ☐ Yes

Debtor __Purchasing Solutions International, Inc.__   Case number (if known) __20-42180-7__

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.5** Nonpriority creditor's name and mailing address

AFX, Inc.

P.O. Box 83078

Chicago            IL      60691

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Vendor

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$13,059.20

**3.6** Nonpriority creditor's name and mailing address

Allied Maker

108 Glen Cove Ave.

Glen Cove          NY     11542

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Vendor

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$65.00

**3.7** Nonpriority creditor's name and mailing address

American Express

c/o Zwicker & Associates

Carl E. Zapffe, Esq.

1551 South Washington Ave, Ste 404

Piscataway Township      NJ     08854

Date or dates debt was incurred

Last 4 digits of account number  1  0  0  5

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Judgment

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$10,155.45

American Express Travel Related Services Company, Inc. vs. Purchasing Solutions International, Inc.; Case No. CV-24678-19/NY

**3.8** Nonpriority creditor's name and mailing address

American Express

PO Box 650448

Dallas             TX     75265

Date or dates debt was incurred

Last 4 digits of account number  8  0  0  0

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Credit Account

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$195,782.29

Debtor __**Purchasing Solutions International, Inc.**__      Case number (if known) __**20-42180-7**__

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      **Amount of claim**

---

**3.9**    **Nonpriority creditor's name and mailing address**

__American Glass Co.__

__308 Legion Ave.__

__Annapolis__      __MD__    __21401__

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**
__Vendor__

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$50.00**

---

**3.10**    **Nonpriority creditor's name and mailing address**

__American Leather__

__4501 Mountain Creek Pkwy.__

__Dallas__      __TX__    __75236__

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
__Vendor__

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$10,786.00**

---

**3.11**    **Nonpriority creditor's name and mailing address**

__AMTREND CORPORATION__

__1458 Manhattan Avenue__

__Fullerton__      __CA__    __92831__

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
__Vendor__

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$37,581.86**

---

**3.12**    **Nonpriority creditor's name and mailing address**

__Arc Com__

__33 Ramland South__

__Orangeburg__      __NY__    __10962__

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**
__Vendor__

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**($759.99)**

---

Debtor **Purchasing Solutions International, Inc.**  Case number (if known) **20-42180-7**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.13** Nonpriority creditor's name and mailing address

**ARCHITEX**

**3333 Commercial Ave.**

Northbrook IL 60062

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**$891.89**

---

**3.14** Nonpriority creditor's name and mailing address

**ART-CENTRIC**

**417 Lincolnshire Dr.**

Irving TX 75061

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**$64,284.30**

---

**3.15** Nonpriority creditor's name and mailing address

**Artline Wholesalers Inc.**

**1 Midland Avenue**

Hicksville NY 11801

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**$7,156.16**

---

**3.16** Nonpriority creditor's name and mailing address

**Avenue Road**

**145 West 28th St.**

New York NY 10001

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**$25,546.63**

---

Debtor  **Purchasing Solutions International, Inc.**                    Case number (if known)  **20-42180-7**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$210,852.71** |

**Axis Hospitality**

**100 Chesterfield Business Pkwy. STE 120**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Chesterfield**            **MO**    **63005**        **Vendor**

Date or dates debt was incurred                    **Is the claim subject to offset?**

Last 4 digits of account number  ___ ___ ___ ___        ☑ No
☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Baha Mar Ltd.**

**PO Box  N-10977**

**Nassau, Bahamas**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Purchasing agreement**

Date or dates debt was incurred                    **Is the claim subject to offset?**

Last 4 digits of account number  ___ ___ ___ ___        ☑ No
☐ Yes

**purchasing agreement for FF&E and OS&E**

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,032.18** |

**Bargreen Ellingson**

**2450 Handley Ederville Rd.**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Fort Worth**            **TX**    **76118-6919**      **Services Rendered**

Date or dates debt was incurred                    **Is the claim subject to offset?**

Last 4 digits of account number  ___ ___ ___ ___        ☑ No
☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$109,390.03** |

**BBVA USA**

**PO Box 830139**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Birmingham**            **AL**    **35283**        **Credit Account**

Date or dates debt was incurred                    **Is the claim subject to offset?**

Last 4 digits of account number  **9   8   8   2**        ☑ No
☐ Yes

**BBVA USA, an Alabama banking corporation f/k/a Compass Bank vs. Purchasing Solutions International, Inc., J. Mike Williams and Ricahrd E. Michael; Case No. 342-309922-19**

Debtor  **Purchasing Solutions International, Inc.**          Case number (if known)  **20-42180-7**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49,945.55** |
|---|---|---|---|

**Belmont Seating & Casegoods, Inc**

**465 Forbes Blvd. South**

☐ Contingent
☐ Unliquidated
☐ Disputed

**San Francisco**                    **CA      94080**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$41,662.01** |
|---|---|---|---|

**Beltmann**

**PO Box 1450**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Minneapolis**                    **MN      55485-5976**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,145.00** |
|---|---|---|---|

**Bernhardt Furniture Company**

**Attn: Accounting Dept**

**12197 Collections Center Drive**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Chicago**                    **IL      60693**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$853.07** |
|---|---|---|---|

**Blu Dot Design & Manufacturing, INC**

**1321 Tyler St. NE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Minneapolis**                    **MN      55413**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

Debtor **Purchasing Solutions International, Inc.**          Case number (if known) **20-42180-7**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                      Amount of claim

---

**3.25** Nonpriority creditor's name and mailing address

**Brintons**

**1000 Cobb Place Blvd BLDG 200 STE 200**

_____

**Kennesaw                GA       30144**

Date or dates debt was incurred       _____

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Vendor**
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$12,336.53**

---

**3.26** Nonpriority creditor's name and mailing address

**Brookline Furniture**

**4015 Cheyenne Dr.**

_____

**Archdale                NC       27263**

Date or dates debt was incurred       _____

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Vendor**
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$6,167.00**

---

**3.27** Nonpriority creditor's name and mailing address

**Bryan Ashley Industries**

**1432 E Newport Center Dr. STE A**

_____

**Deerfield Beach                FL       33442**

Date or dates debt was incurred       _____

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Vendor**
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$13,413.81**

---

**3.28** Nonpriority creditor's name and mailing address

**Bulbs.com**

**243 Staffprd Street**

_____

**Worcester                MA       01603**

Date or dates debt was incurred       _____

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Vendor**
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$49.87**

---

Debtor  **Purchasing Solutions International, Inc.**                Case number (if known)  **20-42180-7**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** |

**Cade Law Group, LLC**

☐ Contingent

**Nathaniel Cade, Jr.**

☐ Unliquidated

**PO Box 170887**

☐ Disputed

**Basis for the claim:**

| **Milwaukee** | **WI** | **53217** | **Attorneys fees** |

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __

☒ No
☐ Yes

**RHH LLC d/ba Telos Furniture vs. Madison Hotel Property Investment LLC, Purchasing Solutions International, Inc. and J. Michael Williams; Case No. 2019-cv-0161**

| **3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,666.72** |

**Cantey Hanger**

☒ Contingent

**600 W 6th St. STE 300**

☐ Unliquidated

☒ Disputed

**Basis for the claim:**

| **Forth Worth** | **TX** | **76102** | **Services Rendered** |

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __

☒ No
☐ Yes

| **3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** |

**Carl E. Zapffe, Esq.**

☐ Contingent

**c/o Zwicker & Associates**

☐ Unliquidated

**1551 South Washington Ave, Ste 404**

☐ Disputed

**Basis for the claim:**

| **Piscataway Township** | **NJ** | **08854** | **Attorneys fees** |

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __

☒ No
☐ Yes

**American Express Travel Related Services Company, Inc. vs. Purchasing Solutions International, Inc.; Case No. CV-24678-19/NY**

Debtor __Purchasing Solutions International, Inc.__          Case number (if known) __20-42180-7__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.32** Nonpriority creditor's name and mailing address          **$331.58**

__Carnegie__

__110 N Centre Ave__

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
__Rockville Centre__          __NY__   __11570__          __Vendor__

Date or dates debt was incurred _____          Is the claim subject to offset?
- [x] No
Last 4 digits of account number __ __ __ __          - [ ] Yes

**3.33** Nonpriority creditor's name and mailing address          **$109,532.56**

__Charter Furniture__

__9362 Paysphere Circle__

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:
__Chicago__          __IL__   __60674__          __Vendor__

Date or dates debt was incurred _____          Is the claim subject to offset?
- [x] No
Last 4 digits of account number __ __ __ __          - [ ] Yes

**3.34** Nonpriority creditor's name and mailing address          **$4,910.36**

__Chase Bank Cardmember Service__

__P.O. Box 94014__

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
__Palatine__          __IL__   __60094-4014__          __Bank__

Date or dates debt was incurred _____          Is the claim subject to offset?
- [x] No
Last 4 digits of account number __ __ __ __          - [ ] Yes

**3.35** Nonpriority creditor's name and mailing address          **$67,634.03**

__Chase Commercial__

__PO Box 78039__

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
__Phoenix__          __AZ__   __85062__          __Credit Account__

Date or dates debt was incurred _____          Is the claim subject to offset?
- [x] No
Last 4 digits of account number __9__ __1__ __1__ __2__          - [ ] Yes

Debtor __Purchasing Solutions International, Inc.__                    Case number (if known) __20-42180-7__

---

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---:|

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $144.56 |
|---|---|---|---|

__Chatelane Inc.__

__102 Madison Ave__

☑ Contingent
☐ Unliquidated
☐ Disputed

__New York__  __NY__  __10016__

**Basis for the claim:**
__Vendor__

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27.75 |
|---|---|---|---|

__Circa Lighting__

__513 West Jones Street__

☑ Contingent
☐ Unliquidated
☑ Disputed

__Savannah__  __GA__  __31401__

**Basis for the claim:**
__Vendor__

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $237.42 |
|---|---|---|---|

__Concertex__

__108 Fairway Ct__

☑ Contingent
☐ Unliquidated
☑ Disputed

__Northvale__  __NJ__  __07647__

**Basis for the claim:**
__Vendor__

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,660.62 |
|---|---|---|---|

__Contract Business Group__

__P.O. Box 6218__

☐ Contingent
☐ Unliquidated
☑ Disputed

__Hermitage__  __PA__  __16148__

**Basis for the claim:**
__Vendor__

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

Debtor **Purchasing Solutions International, Inc.** Case number (if known) **20-42180-7**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.40 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: *Check all that apply.* | $30,339.88 |
| --- | --- | --- | --- | --- |

**Couristan, Inc.**

**2 Executive Dr.**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Fort Lee** NJ 07024

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,554.45 |
| --- | --- | --- | --- |

**Crate & Barrel**

**1800 West Jefferson Ave**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Naperville** IL 60540

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $69,809.17 |
| --- | --- | --- | --- |

**Crow Works**

**179 Straits Ln.**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Killbuck** OH 44637

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $687.93 |
| --- | --- | --- | --- |

**Currey & Company**

**50 Best Friend Rd.**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Atlanta** GA 30340

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor **Purchasing Solutions International, Inc.**      Case number (if known) **20-42180-7**

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     **Amount of claim**

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$126,825.88** |

**D'Style, Inc.**

**3451 Main St STE 108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Chula Vista**     **CA**    **91911**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,687.82** |

**DAC Hospitality**

**1616 Huber St.**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Atlanta**     **GA**    **30318**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,080.00** |

**De Lage Landen**

**P.O. Box 41602**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Philadelphia**     **PA**    **19101**

Basis for the claim:
**Services Rendered**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**Xerox WorkCentre 7855i copier lease with maintenance and toner agreement**

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**De Lage Landen**

**PO Box 41602**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Philadelphia**     **PA**    **19101**

Basis for the claim:
**Contract/Lease**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**Xerox WorkCentre 7855i copier lease with maintenance and toner agreement**

---

Debtor **Purchasing Solutions International, Inc.**      Case number (if known) **20-42180-7**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.48** Nonpriority creditor's name and mailing address

**Demar Leather Company**

**127-25 Metropolitan Ave.**

**Kew Gardens**      **NY**    **11415**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$681.45**

---

**3.49** Nonpriority creditor's name and mailing address

**Design Tex**

**200 Varick St. 8th Floor**

**New York**      **NY**    **10014**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,623.81**

---

**3.50** Nonpriority creditor's name and mailing address

**Designer's Furniture MFG**

**3560 Lang Rd STE 103**

**Houston**      **TX**    **77092**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$414.00**

---

**3.51** Nonpriority creditor's name and mailing address

**Dometic Corporation**

**Dept. CH 19497**

**Palatine**      **IL**    **60055-9497**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$280.00**

---

Debtor __Purchasing Solutions International, Inc.__    Case number (if known) __20-42180-7__

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.52** Nonpriority creditor's name and mailing address

**Douglas R. Salisbury**

**Thanksgiving Tower**

**1601 Elm Street, Ste 1995**

| Dallas | TX | 75201 |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Munnworks, LLC vs. Purchasing Solutions International, Inc. and James Michael Williams; Case No. 236-316915-20**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Attorneys fees**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.53** Nonpriority creditor's name and mailing address

**Dstyle**

**3451 Main St STE 108**

| Chula Vista | CA | 91911 |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,896.47**

---

**3.54** Nonpriority creditor's name and mailing address

**E-J Industries**

**1275 SO. Campbell Ave**

| Chicago | IL | 60608 |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$55,157.50**

---

**3.55** Nonpriority creditor's name and mailing address

**Eagle Contract Resources**

**P.O. Box 1386**

| Euless | TX | 76039 |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$201,545.48**

---

Debtor  **Purchasing Solutions International, Inc.**                    Case number (if known)  **20-42180-7**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.56 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Electric Mirror**

**6101 Associated Blvd STE 101**

**Everett**                    **WA**    **98203**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$972.43**

---

| 3.57 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Elementary Business Inc**

**P.O. Box 50301**

**Denton**                    **TX**    **76206**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$42,613.36**

---

| 3.58 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Elitis**

**8687 Melrose Ave, STE G196**

**Los Angeles**                    **CA**    **90069**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,772.50**

---

| 3.59 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Encore Hospitality Carpet**

**734 S River St**

**Calhoun**                    **CA**    **30701**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$17,439.70**

---

Debtor **Purchasing Solutions International, Inc.**      Case number (if known) **20-42180-7**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

**3.60**   Nonpriority creditor's name and mailing address        **$27.08**

**Erica Shamrock Textiles**

**255 Mckibbin St. STE 313**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

| **Brooklyn** | **NY** | **11206** |

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.61**   Nonpriority creditor's name and mailing address        **Unknown**

**Essex Global Capital, LLC**

**Attn: Mr. Dean Koravos**

**5 Appian Way**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Westford** | **MA** | **01886** |

Basis for the claim:
**Services Rendered**

Date or dates debt was incurred

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

**Essex Global Capital, LLC vs. Purchaseing Solutions International, Inc.**

---

**3.62**   Nonpriority creditor's name and mailing address        **$161.74**

**F Schumacher & Co**

**PO Box 8080**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

| **Newark** | **DE** | **19714** |

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.63**   Nonpriority creditor's name and mailing address        **$1,350.00**

**Fabricut, Inc**

**P.O. Box 470490**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

| **Tulsa** | **OK** | **74147** |

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor **Purchasing Solutions International, Inc.**    Case number (if known) **20-42180-7**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    **Amount of claim**

**3.64**   Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    **$602.19**
*Check all that apply.*

**Fedex**
☐ Contingent
**P.O. 660481**
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Dallas**          **TX**    **75266**    **Services Rendered**

Date or dates debt was incurred                Is the claim subject to offset?
☑ No
Last 4 digits of account number    __ __ __ __    ☐ Yes

**3.65**   Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    **$461.97**
*Check all that apply.*

**Fedex Economy**
☐ Contingent
**P.O. Box 10306**
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Palatine**          **IL**    **60055**    **Services Rendered**

Date or dates debt was incurred                Is the claim subject to offset?
☑ No
Last 4 digits of account number    __ __ __ __    ☐ Yes

**3.66**   Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    **$1,513.20**
*Check all that apply.*

**FFE Logistics Solutions**
☐ Contingent
**7805 Cooley Lake Road STE 200**
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**West Bloomfield**     **MI**    **48324**    **Services Rendered**

Date or dates debt was incurred                Is the claim subject to offset?
☑ No
Last 4 digits of account number    __ __ __ __    ☐ Yes

**3.67**   Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    **$140,000.00**
*Check all that apply.*

**First United Methodist Church**
☐ Contingent
**1928 Ross Ave,**
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Dallas**          **TX**    **75201**    **client**

Date or dates debt was incurred                Is the claim subject to offset?
☑ No
Last 4 digits of account number    __ __ __ __    ☐ Yes

Debtor **Purchasing Solutions International, Inc.**     Case number (if known) **20-42180-7**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.68**   **Nonpriority creditor's name and mailing address**

Flat Tech Inc

409 West 76th St STE B

Davenport, IA

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$514.76

---

**3.69**   **Nonpriority creditor's name and mailing address**

Frameworks

4150 SW 74 CT

Miami     FL    33155

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$566.00

---

**3.70**   **Nonpriority creditor's name and mailing address**

Friedman Brothers

9015 NW 105th Way

Medley     FL    33178

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$4,040.00

---

**3.71**   **Nonpriority creditor's name and mailing address**

Furniture Atelier

7675 Highway 27 Unit 24

Vaughan, ON L4L 4M5 Canada

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$427,797.33

---

Debtor    **Purchasing Solutions International, Inc.**      Case number (if known)   **20-42180-7**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.72**    Nonpriority creditor's name and mailing address

**Gar Products**

**170 Lehigh Ave**

**Lakewood**      **NJ**     **08701**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,242.77**

---

**3.73**    Nonpriority creditor's name and mailing address

**Garman Turner Gordon, LLP**

**Attn: William M. Noall**

**7251 Amigo Street, Ste 210**

**Las Vegas**      **NV**     **89119**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Attorney fees**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**

---

**3.74**    Nonpriority creditor's name and mailing address

**Genesis Hospitality Corporation**

**Attn: AR**

**4004 Medford Drive**

**Loveland**      **CO**     **80538**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$24,922.27**

---

**3.75**    Nonpriority creditor's name and mailing address

**Global Source Industries, Inc**

**Attn: Accounting Dept**

**17101 Murphy Ave**

**Irvine**      **CA**     **92614**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$4,323.39**

Debtor **Purchasing Solutions International, Inc.**          Case number (if known) **20-42180-7**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.76** Nonpriority creditor's name and mailing address

**Global Views**

**7301 Ambassador Row**

**Dallas**      **TX**    **75247**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$967.59**

---

**3.77** Nonpriority creditor's name and mailing address

**Gloster Furniture**

**P.O. Box 738**

**South Boston**      **VA**    **24592**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$18,892.85**

---

**3.78** Nonpriority creditor's name and mailing address

**GPIF Brown Palace Hotel, LLC**

**c/o HEI Hotels & Resorts**

**Attn: Toni-Ann Andronaco**

**101 Merritt 7, 1st Floor**

**Norwalk**      **CT**    **06851**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$376,812.24**

---

**3.79** Nonpriority creditor's name and mailing address

**GPIF WANN Hotel LLC**

**c/o Crescent Real Estate**

**Attn: Theresa Cabilao**

**777 Main Street, Suite 2200**

**Fort Worth**      **TX**    **76102**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**client**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$470,906.24**

---

Debtor **Purchasing Solutions International, Inc.**    Case number (if known) **20-42180-7**

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.80** Nonpriority creditor's name and mailing address    **$1,315.00**

**Haig Lighting**

**7945 Trans Canada Hwy**

**St-Laurent, Quebec H4S 1L3 Canada**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.81** Nonpriority creditor's name and mailing address    **$7,065.00**

**Hammer Fine Furniture**

**7500 S Garfield Ave Unit B**

**Bell Gardens          CA      90201**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.82** Nonpriority creditor's name and mailing address    **Unknown**

**Harry B. Sands, Lobosky & Company**

**Attn: Ms. Viola C. Majo, Magna Carta Co**

**18 Parliament Street**

**P.O. Box N-624**

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Attorneys fees**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**Essex Global Capital, LLC vs. Purchaseing Solutions International, Inc.**

---

**3.83** Nonpriority creditor's name and mailing address    **$5,126.00**

**HB Architectural Lighting**

**862 E 139th St**

**Bronx          NY      10454**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Debtor **Purchasing Solutions International, Inc.**          Case number (if known) **20-42180-7**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$66,690.25** |
|---|---|---|---|

HF Collection
Check all that apply.

9111 Jollyville Rd STE 109

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Austin                      TX          78759          **Vendor**

Date or dates debt was incurred          Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___
☑ No
☐ Yes

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$142,133.63** |
|---|---|---|---|

Holiday Inn Express- Denver
Check all that apply.

Attn: Mr. Brandt Ellwood

1715 Tremont Place

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Denver                      CO          30303          **Debt**

Date or dates debt was incurred          Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___
☑ No
☐ Yes

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$747.50** |
|---|---|---|---|

Hollywood Lamp and Shade
Check all that apply.

2928 Leonis Blvd

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Vernon                      CA          90058          **Vendor**

Date or dates debt was incurred          Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___
☑ No
☐ Yes

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$475.00** |
|---|---|---|---|

Hospitality Products Inc
Check all that apply.

480 W 20th St

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Hialeah                      FL          33010          **Vendor**

Date or dates debt was incurred          Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___
☑ No
☐ Yes

Debtor **Purchasing Solutions International, Inc.** Case number (if known) **20-42180-7**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim

---

| 3.88 | Nonpriority creditor's name and mailing address |
|---|---|

**Hotel Crescent Court**

**400 Crescent Court**

**Dallas**　　　　**TX**　　**75102**

Date or dates debt was incurred

Last 4 digits of account number　　＿＿ ＿＿ ＿＿ ＿＿

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$51,921.00**

---

| 3.89 | Nonpriority creditor's name and mailing address |
|---|---|

**Howe US Inc**

**401 Hall St SW #230**

**Grand Rapids**　　　　**MI**　　**49503**

Date or dates debt was incurred

Last 4 digits of account number　　＿＿ ＿＿ ＿＿ ＿＿

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$59,608.09**

---

| 3.90 | Nonpriority creditor's name and mailing address |
|---|---|

**HTS Inc**

**12 S Raymond St**

**Pasadena**　　　　**CA**　　**91105**

Date or dates debt was incurred

Last 4 digits of account number　　＿＿ ＿＿ ＿＿ ＿＿

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$115,268.87**

---

| 3.91 | Nonpriority creditor's name and mailing address |
|---|---|

**Hudson Valley**

**151 Airport Dr PO Box 393**

**Wappingers Falls**　　　　**NY**　　**12590**

Date or dates debt was incurred

Last 4 digits of account number　　＿＿ ＿＿ ＿＿ ＿＿

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$727.97**

---

Official Form 206E/F　　　　　**Schedule E/F: Creditors Who Have Unsecured Claims**　　　　　page 24

Debtor  **Purchasing Solutions International, Inc.**                    Case number (if known)  **20-42180-7**

---

## Part 2:    Additional Page

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| | | |
|---|---|---|
| **3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* |

**$3,820.15**

**Imagilights BVBA**

**Nijverheidslaan 62c BE-8540**

**Deerliijk, Belgium**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* |

**$6,828.87**

**Inova**

**2 Van Buren Blvd, Bldg 19 Bay 3**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

**Guilderland Ctr.          NY     12085**          **Vendor**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* |

**$1,733.77**

**Interior Woven Works**

**2 Pleasant St**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Cohasset          MA     02025**          **Vendor**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* |

**Unknown**

**Invincible Investment**

**c/o Fortress Investment Group**

**Attn: Joe Gould**

**5221 N. O'Connor Blvd., Ste 700**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Irving          TX     75039**          **client**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Purchasing Solutions International, Inc.**     Case number (if known) **20-42180-7**

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$4,470.58** |

**ISA International**

**46 Dufflaw Road**

**Toronto, ON M6A 2WI Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$4,143.27** |

**iwerk Texas**

**306 S Washington STE 500**

**Royal Oak**     **MI**    **48067**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** |

**Jack M. Kuykendall**

**Law Offices of Jack M. Kuykendall**

**15601 Dallas Parkway, Ste 900**

**Addison**     **TX**    **75001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Attorneys fees**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |

**James Michael Williams**

**a/k/a J. Michael Williams**

**1203 Virdian Park Lane**

**Arlington**     **TX**    **76005**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Co-Debtor on lawsuits**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**RHH LLC d/ba Telos Furniture vs. Madison Hotel Property Investment LLC, Purchasing Solutions International, Inc. and J. Michael Williams; Case No. 2019-cv-0161**

Debtor    **Purchasing Solutions International, Inc.**    Case number (if known)    **20-42180-7**

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.100 | Nonpriority creditor's name and mailing address |
|---|---|

**Janus et CIE of Texas, Inc.**

**12310 Greenstone Ave**

**Santa Fe Springs**       **CA**    **90670**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$20,145.98**

| 3.101 | Nonpriority creditor's name and mailing address |
|---|---|

**Jerry's Artarama**

**6104 Maddry Oaks Ct**

**Raleigh**       **NC**    **27616**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$521.07**

| 3.102 | Nonpriority creditor's name and mailing address |
|---|---|

**JPMorgan Chase**

**PO Box 29550, AZ1-1025**

**Phoenix**       **AZ**    **85038**

Date or dates debt was incurred    **11/4/2016**

Last 4 digits of account number    **0** **0** **1** **1**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Line of Credit**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$311,307.67**

| 3.103 | Nonpriority creditor's name and mailing address |
|---|---|

**Judith Norman Outdoor Living**

**3601 North 29th Ave**

**Hollywood**       **FL**    **33020**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$544.00**

Debtor **Purchasing Solutions International, Inc.**      Case number (if known) **20-42180-7**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     **Amount of claim**

---

**3.104**   Nonpriority creditor's name and mailing address

**Justin David Textiles**

**4787 Cardin St**

**San Diego**      **CA**    **92111**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,039.33**

---

**3.105**   Nonpriority creditor's name and mailing address

**JVA Art Group**

**4151 Taylor St**

**San Diego**      **CA**    **92110**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,055.04**

---

**3.106**   Nonpriority creditor's name and mailing address

**KB Contract**

**700 W Mississippi Ave BLDG B-2**

**Denver**      **CO**    **80223**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Services Rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,280.47**

---

**3.107**   Nonpriority creditor's name and mailing address

**Keyston Bros.**

**1000 Holcomb Woods Pkwy STE 111**

**Roswell**      **GA**    **30076**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$84.95**

---

Debtor **Purchasing Solutions International, Inc.**                    Case number (if known) **20-42180-7**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68.00 |
|---|---|---|---|

**Kindle Living**

**2048 Armacost Ave 1st Floor**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Los Angeles            CA      90025**

**Basis for the claim:**
**Vendor**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,082.66 |
|---|---|---|---|

**Knoll Inc**

**1722 Routh St. STE 112**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas                  TX      75201**

**Basis for the claim:**
**Vendor**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,111.84 |
|---|---|---|---|

**Koroseal Hospitality Network**

**3875 Embassy Pkwy STE 110**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Fairlawn                OH      44333**

**Basis for the claim:**
**Vendor**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $504.00 |
|---|---|---|---|

**Kravet**

**P.O. Box 5500**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Hauppauge               NY      11788**

**Basis for the claim:**
**Vendor**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

Debtor  **Purchasing Solutions International, Inc.**          Case number (if known)  **20-42180-7**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.112**   Nonpriority creditor's name and mailing address

**Kravet Furniture**

**P.O. Box 9000**

**Bethpage**                         **NY**     **11714**

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$170.72

---

**3.113**   Nonpriority creditor's name and mailing address

**Krueger International**

**P.O. Box 204576**

**Dallas**                           **TX**     **75320**

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$253,526.95

---

**3.114**   Nonpriority creditor's name and mailing address

**Lai-Chung Houlihan**

**393 Dean St 1B**

**Brooklyn**                         **NY**     **11217**

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$2,782.47

---

**3.115**   Nonpriority creditor's name and mailing address

**Lee Industries**

**210 4th St SW**

**Conover**                          **NC**     **28613**

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$3,741.20

---

Debtor    **Purchasing Solutions International, Inc.**      Case number (if known)   **20-42180-7**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      **Amount of claim**

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $851.00 |
|---|---|---|---|

**Leland Enternational**

**5695 Eagle Dr SE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Grand Rapids** | **MI** | **49512** | **Vendor** |
|---|---|---|---|

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $97.76 |
|---|---|---|---|

**Lilly Kral, LLC**

**2020 G Ave STE 1003**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Plano** | **TX** | **75074** | **Vendor** |
|---|---|---|---|

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,552.00 |
|---|---|---|---|

**Lily Jack**

**1030 W Hillcrest Blvd**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| **Inglewood** | **CA** | **90301** | **Vendor** |
|---|---|---|---|

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $539.00 |
|---|---|---|---|

**Lite Tops**

**1233 W St. Georges Ave**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| **Linden** | **NJ** | **07036** | **Vendor** |
|---|---|---|---|

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor **Purchasing Solutions International, Inc.**     Case number (if known) **20-42180-7**

---

### Part 2:   Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

                                            Amount of claim

**3.120**   Nonpriority creditor's name and mailing address

**Lorts Manufacturing**

**PO Box 5550**

**Goodyear**        **AZ**     **85338**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$12,230.00**

---

**3.121**   Nonpriority creditor's name and mailing address

**Lucky Dog Designs, LLC**

**3803 Gramercy**

**Houston**        **TX**     **77025**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$14,857.18**

---

**3.122**   Nonpriority creditor's name and mailing address

**Luxe-ffe Meglio I Corp.**

**1140 Motor Pkwy STE C**

**Hauppague**        **NY**     **11788**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$8,530.00**

---

**3.123**   Nonpriority creditor's name and mailing address

**Made Goods**

**768 Turnbull Canyon Rd**

**City of Industry, CA**

**91745**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,162.80**

---

Debtor **Purchasing Solutions International, Inc.**     Case number (if known) **20-42180-7**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| **3.124** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Madison Hotel Property Investment, LLC**

**c/o Registered Agent**

**National Registered Agents, Inc.**

**301 S. Bedford Street, Ste 1**

**Madison**     **WI**     **53703**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Co-Debtor on lawsuit**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**RHH LLC d/ba Telos Furniture vs. Madison Hotel Property Investment LLC, Purchasing Solutions International, Inc. and J. Michael Williams; Case No. 2019-cv-0161**

---

| **3.125** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24.65** |
|---|---|---|---|

**Mario Contract Lighting**

**PO Box 3190**

**Roanoke**     **VA**     **24015**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Vendor**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| **3.126** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,386.26** |
|---|---|---|---|

**Marquis**

**231 South Rd**

**High Point**     **NC**     **27262**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Vendor**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| **3.127** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Marset USA, Inc**

**20 West 22nd St. STE 912**

**New York**     **NY**     **10010**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Vendor**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

Debtor **Purchasing Solutions International, Inc.**     Case number (if known) **20-42180-7**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.128**   Nonpriority creditor's name and mailing address

**Mary H. Barkley**

**Cantey Hanger LLP**

**600 W. 6th Street, Ste 300**

**Fort Worth**     **TX**     **76102**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Attorneys fees**

Is the claim subject to offset?
☑ No
☐ Yes

Amount: **Unknown**

**BBVA USA, an Alabama banking corporation f/k/a Compass Bank vs. Purchasing Solutions International, Inc., J. Mike Williams and Ricahrd E. Michael;**

---

**3.129**   Nonpriority creditor's name and mailing address

**Mastercraft**

**500 W. 146th Street**

**Glenpool**     **OK**     **74033-4457**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

Amount: **$65,338.00**

---

**3.130**   Nonpriority creditor's name and mailing address

**Maxwell Fabrics, Inc**

**925 B Boblett St**

**Blaine**     **WA**     **98230**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

Amount: **$387.72**

---

**3.131**   Nonpriority creditor's name and mailing address

**MDC Interior Solutions, LLC**

**400 High Grove Blvd**

**Glendale Heights**     **IL**     **60139**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

Amount: **$15,292.87**

---

Debtor    **Purchasing Solutions International, Inc.**      Case number (if known)   **20-42180-7**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                 Amount of claim

| | |
|---|---|
| **3.132**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

**3.132** Nonpriority creditor's name and mailing address

MDC Wallcoverings

8038 Solutions Center

Chicago     IL     60677

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Vendor

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,114.09**

**3.133** Nonpriority creditor's name and mailing address

MF Freight Logistics, Inc

900 Biscayne Blvd STE 2509

Miami     FL     33132

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Services Rendered

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$8,918.00**

**3.134** Nonpriority creditor's name and mailing address

Mirror Image

2937 Vail Ave

Commerce     CA     90040

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
Vendor

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$15,608.66**

**3.135** Nonpriority creditor's name and mailing address

Mity-Lite Inc

PO Box 679303

Dallas     TX     75267

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Vendor

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$35,168.62**

Debtor **Purchasing Solutions International, Inc.**     Case number (if known) **20-42180-7**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.136**   Nonpriority creditor's name and mailing address

**Momentum Group**

**PO Box 848237**

**Los Angeles**     **CA**     **90084-8237**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,061.12**

---

**3.137**   Nonpriority creditor's name and mailing address

**Motivo Furniture Company**

**1206 Trinity Ave**

**Highpoint**     **NC**     **27260**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,929.00**

---

**3.138**   Nonpriority creditor's name and mailing address

**MunnWorks, LLC**

**150 N Macquesten Pkwy**

**Mount Vernon**     **NY**     **10550**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Lawsuit**

Is the claim subject to offset?
☑ No
☐ Yes

**$48,950.56**

**Munnworks, LLC vs. Purchasing Solutions International, Inc. and James Michael Williams; Case No. 236-316915-20**

---

**3.139**   Nonpriority creditor's name and mailing address

**Nessen Lighting**

**PO Box 165**

**Brookfield**     **CT**     **06804**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,421.55**

---

Debtor  **Purchasing Solutions International, Inc.**          Case number (if known)  **20-42180-7**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.140 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Nevada Property 1 LLC**

**d/b/a The Cosmopolitan of Las Vegas**

**Attn: Ms. Traci Lucas**

**3708 Las Vegas Blvd, South**

**Las Vegas**            **NV**      **89109**

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Settlement**

**$196,798.91**

Date or dates debt was incurred

Last 4 digits of account number        ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** |
|---|---|

**New West Mattress Company**

**P.O. Box 4698**

**West Hills**            **CA**      **91308**

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**
**Vendor**

**$433.20**

Date or dates debt was incurred

Last 4 digits of account number        ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Nourison Hospitality**

**5 Samson St**

**Saddle Brook**            **NJ**      **07663**

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**
**Vendor**

**$6,427.92**

Date or dates debt was incurred

Last 4 digits of account number        ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Office Depot**

**PO Box 78004**

**Phoenix**            **AZ**      **85062**

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**
**Vendor**

**$569.55**

Date or dates debt was incurred

Last 4 digits of account number        ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor __Purchasing Solutions International, Inc.__     Case number (if known) __20-42180-7__

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                              Amount of claim

**3.144** Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:            **($165.60)**
Check all that apply.

__Old Dominion Furniture Co.__      ☐ Contingent

__800 Craddock St.__      ☐ Unliquidated
     ☐ Disputed

     Basis for the claim:

__Lynchburg__     VA     24501      __Vendor__

Date or dates debt was incurred      Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __      ☑ No
     ☐ Yes

---

**3.145** Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:            **$3,564.45**
Check all that apply.

__Old Dominion Wood Products, Inc__      ☐ Contingent

__Accounting Dept__      ☐ Unliquidated

__800 Craddock St.__      ☐ Disputed

     Basis for the claim:

__Lynchburg__     VA     24501      __Vendor__

Date or dates debt was incurred      Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __      ☑ No
     ☐ Yes

---

**3.146** Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:            **$7,949.64**
Check all that apply.

__Opuzen Design__      ☐ Contingent

__5788 Venice Blvd__      ☐ Unliquidated
     ☑ Disputed

     Basis for the claim:

__Los Angeles__     CA     90019      __Vendor__

Date or dates debt was incurred      Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __      ☑ No
     ☐ Yes

---

**3.147** Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:            **$10,668.87**
Check all that apply.

__Outdesign Group__      ☐ Contingent

__6500 West Rogers Circle STE 7000__      ☐ Unliquidated
     ☐ Disputed

     Basis for the claim:

__Boca Raton__     FL     33487      __Vendor__

Date or dates debt was incurred      Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __      ☑ No
     ☐ Yes

Debtor **Purchasing Solutions International, Inc.**   Case number (if known) **20-42180-7**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.148 | Nonpriority creditor's name and mailing address |
|---|---|

**P. Kaufman**

**PO Box 418440**

**Boston**    **MA**    **02241**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$309.83**

| 3.149 | Nonpriority creditor's name and mailing address |
|---|---|

**P/Kaufmann Contract**

**3 Park Avenue**

**New York**    **NY**    **10016**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,159.38**

| 3.150 | Nonpriority creditor's name and mailing address |
|---|---|

**Palecek**

**601 Parr Blvd**

**Richmond**    **CA**    **94801**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$40.00**

| 3.151 | Nonpriority creditor's name and mailing address |
|---|---|

**Peerless Industries**

**2300 White Oak Circle**

**Aurora**    **IL**    **60502**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$12,013.65**

Debtor  **Purchasing Solutions International, Inc.**    Case number (if known)  **20-42180-7**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $71,052.76 |

**Perry's Restaurants, LTD**
**Attn: Rick Henderson**
**9821 Katy Freeway, Ste 500**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**          **TX**   **77024**

Basis for the claim:
**Debt**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,098.00 |

**Phillip Jeffries**
**180 Passaic Ave**

Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Fairfield**          **NJ**   **07004**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $406.51 |

**Pindler & Pindler**
**11910 Poindexter Ave**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Moorpark**          **CA**   **93021**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $33,696.32 |

**Pointe Hilton Squaw Peak Resort**
**Attn: Mr. Robert Wade**
**7677 N. 16th Street**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Phoenix**          **AZ**   **85020**

Basis for the claim:
**Debt**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

Debtor  **Purchasing Solutions International, Inc.**  Case number (if known)  **20-42180-7**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$2,687.00** |
|---|---|---|---|

**Pollack**

**979 Third Ave 17th Floor**

☐ Contingent
☐ Unliquidated
☐ Disputed

**New York**          **NY**    **10022**

**Basis for the claim:**
**Vendor**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$3,370.80** |
|---|---|---|---|

**Polywood, Inc**

**1001 W Brooklyn St**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Syracuse**          **IN**    **46567**

**Basis for the claim:**
**Vendor**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$5,107.16** |
|---|---|---|---|

**Ponder Company, Inc**

**6825 Levelland Rd STE 3B**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**          **TX**    **75252**

**Basis for the claim:**
**Vendor**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$897.84** |
|---|---|---|---|

**Pottery Barn Business Sales**

**10000 Covington Cross Dr**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Las Vegas**          **NV**    **89144**

**Basis for the claim:**
**Vendor**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor **Purchasing Solutions International, Inc.**                    Case number (if known) **20-42180-7**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.160**   Nonpriority creditor's name and mailing address

Preciosa International Inc

15 North Mill St

Nyack                    NY    10960

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
Vendor

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$162,421.45

---

**3.161**   Nonpriority creditor's name and mailing address

Premier Powder Coating

& Custom Fabrication

115 N 2nd W

Rexburg                  ID    83440

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Vendor

Is the claim subject to offset?
- ☑ No
- ☐ Yes

($449.90)

---

**3.162**   Nonpriority creditor's name and mailing address

Prosper & Pasion Inc

Attn: Accounts Receivable

575 Fifth Ave 14th Floor

New York                 NY    10017

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Vendor

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$5,855.22

---

**3.163**   Nonpriority creditor's name and mailing address

Quintus

409 N Oak St

Inglewood                CA    90302

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
Vendor

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$401.50

---

Debtor __Purchasing Solutions International, Inc._____ Case number (if known) __20-42180-7__

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

|  |  | Amount of claim |
|---|---|---|

**3.164** Nonpriority creditor's name and mailing address

**Ready Refresh**

**PO Box 856680**

_____

**Louisville** **KY** **40285**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$71.89**

---

**3.165** Nonpriority creditor's name and mailing address

**Recycle Away, LLC**

**Attn: Accounts Receivable**

**35 Frost St**

_____

**Brattleboro** **VT** **05301**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,857.60**

---

**3.166** Nonpriority creditor's name and mailing address

**Restoration Hardware**

**C/O Bank of America Lockbox Services**

**PO Box 50081**

_____

**Los Angeles** **CA** **90074**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$19,503.31**

---

**3.167** Nonpriority creditor's name and mailing address

**RHH LLC d/b/a Telos Furniture**

**1207 Lakewood Dr.**

_____

**Greensboro** **NC** **27410**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

**RHH LLC d/ba Telos Furniture vs. Madison Hotel Property Investment LLC, Purchasing Solutions International, Inc. and J. Michael Williams; Case No. 2019-cv-0161**

Debtor  **Purchasing Solutions International, Inc.**        Case number (if known)  **20-42180-7**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.168 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Richard E. Michael**

**1203 Virdian Park Lane**

**Arlington**                     **TX**        **76005**

Date or dates debt was incurred

Last 4 digits of account number         — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Co-guarantor on accounts**

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**

---

| 3.169 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Richloom Fabrics Group Inc**

**261 Fifth Ave**

**New York**                    **NY**        **10016**

Date or dates debt was incurred

Last 4 digits of account number         — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☒ No
☐ Yes

**$484.90**

---

| 3.170 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Ritz Carlton Hotel Dallas**

**c/o Crescent Real Estate**

**Attn; Theresa Cabilao**

**777 Main Street, Ste 2100**

**Fort Worth**                  **TX**        **76102**

Date or dates debt was incurred

Last 4 digits of account number         — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Debt**

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**

---

| 3.171 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Robert Abbey**

**3166 Main Ave SE**

**Hickory**                     **NC**        **28602**

Date or dates debt was incurred

Last 4 digits of account number         — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☒ No
☐ Yes

**$24,156.59**

---

Debtor   **Purchasing Solutions International, Inc.**                           Case number (if known)  **20-42180-7**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.172 | Nonpriority creditor's name and mailing address |
|-------|-------------------------------------------------|

**Rodolph, Inc**

**999 W Spain St**

**Sonoma**                    **CA**    **95476**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$675.00

| 3.173 | Nonpriority creditor's name and mailing address |
|-------|-------------------------------------------------|

**Romo Inc**

**16722 West Park Circle Dr**

**Chagrin Falls**             **OH**    **44023**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$806.40

| 3.174 | Nonpriority creditor's name and mailing address |
|-------|-------------------------------------------------|

**Room & Board**

**4600 Olson Memorial Hwy**

**Minneapolis**               **MN**    **55422**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$383.59

| 3.175 | Nonpriority creditor's name and mailing address |
|-------|-------------------------------------------------|

**Room 360**

**7630 Biscayne Blvd**

**Miami**                     **FL**    **33138**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,559.59

Debtor __Purchasing Solutions International, Inc.__      Case number (if known) __20-42180-7__

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                              Amount of claim

**3.176** Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      **$6,243.00**
_Check all that apply._

__Royal Custom Designs, LLC__

__13951 Monte Vista Ave__
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

__Chino__      __CA__    __91710__      __Vendor__

Date or dates debt was incurred      Is the claim subject to offset?
- ☑ No
Last 4 digits of account number   __ __ __ __    ☐ Yes

---

**3.177** Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      **$540.00**
_Check all that apply._

__Royce Wool Carpets__

__3300 Bee Cave Rd STE 650-1152__
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

__Austin__      __TX__    __78746__      __Vendor__

Date or dates debt was incurred      Is the claim subject to offset?
- ☑ No
Last 4 digits of account number   __ __ __ __    ☐ Yes

---

**3.178** Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      **$18,854.10**
_Check all that apply._

__RP SCS WSD Hotel, LLC__

__c/o HEI Hotels & Resorts__
- ☐ Contingent
__Attn: Toni-Ann Andronaco__
- ☐ Unliquidated
- ☑ Disputed
__101 Merritt 7, 1st Floor__

Basis for the claim:

__Norwalk__      __CT__    __06851__      __Debt__

Date or dates debt was incurred      Is the claim subject to offset?
- ☑ No
Last 4 digits of account number   __ __ __ __    ☐ Yes

---

**3.179** Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      **$31,357.74**
_Check all that apply._

__Safemark Systems LP__

__PO Box 102008__
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

__Atlanta__      __GA__    __30368__      __Vendor__

Date or dates debt was incurred      Is the claim subject to offset?
- ☑ No
Last 4 digits of account number   __ __ __ __    ☐ Yes

---

Debtor **Purchasing Solutions International, Inc.**      Case number (if known) **20-42180-7**

---

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| **3.180** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,293.00** |
|---|---|---|---|

**Sandler Seating**

**1201 Peachtree St NE STE 1625**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Atlanta**     **GA**    **30361**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.181** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,939.13** |
|---|---|---|---|

**SBI**

**1108 Commercial St**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Athens**     **TX**    **75751**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.182** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,510.49** |
|---|---|---|---|

**SCI**

**902 Armstrong St PO Box 709**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Morris**     **IL**    **60450**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.183** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$542.62** |
|---|---|---|---|

**Scully and Scully**

**504 Park Ave**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**New York**     **NY**    **10022**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor __Purchasing Solutions International, Inc.__      Case number (if known) __20-42180-7__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.184** Nonpriority creditor's name and mailing address

__Sealy Mattress Company__

__Attn: Contract Division__

__PO Box 932800__

__Atlanta__    __GA__    __31193__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
__Vendor__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

$20,687.21

**3.185** Nonpriority creditor's name and mailing address

__Seaton Hill Partners__

__777 Main St STE 600__

__Fort Worth__    __TX__    __76102__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
__Services Rendered__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

$45,100.00

**3.186** Nonpriority creditor's name and mailing address

__Sempre Life BV__

__Grensstraat 18__

__2270 Herenthout, Belgium__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Vendor__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

$29,476.45

**3.187** Nonpriority creditor's name and mailing address

__Serena & Lily__

__10 Liberty Ship Way #350__

__Sausalito__    __CA__    __94965__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Vendor__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

$650.44

Debtor **Purchasing Solutions International, Inc.**                Case number (if known) **20-42180-7**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.188** Nonpriority creditor's name and mailing address

**Shannon Colburn**

**PO Box 521**

**Malibu**     **CA**    **90265**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$460.00**

---

**3.189** Nonpriority creditor's name and mailing address

**Shaw Industries, Inc**

**PO Box 2128 Mail Drop: 094-HSP**

**Dalton**     **GA**    **30722**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$52,464.87**

---

**3.190** Nonpriority creditor's name and mailing address

**Simmons Manufacturing**

**PO Box 945655**

**Atlanta**     **GA**    **30394**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,402.15**

---

**3.191** Nonpriority creditor's name and mailing address

**Source Furniture**

**11451 NW 36th Ave**

**Miami**     **FL**    **33167**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,574.00**

---

| Debtor | **Purchasing Solutions International, Inc.** | Case number (if known) | **20-42180-7** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.192** Nonpriority creditor's name and mailing address

**Spectrum**

**4145 S. Falkenburg Road**

Riverview      FL    33578-8652

Date or dates debt was incurred

Last 4 digits of account number    **2**   **5**   **3**   **5**

**internet & phone services**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Contract/Lease**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.193** Nonpriority creditor's name and mailing address

**Spectrum Business**

Date or dates debt was incurred

Last 4 digits of account number    **2**   **5**   **3**   **5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services Rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$149.98**

---

**3.194** Nonpriority creditor's name and mailing address

**Sponge Cushion**

**902 Armstrong**

Morris      IL    60450

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,280.21**

---

**3.195** Nonpriority creditor's name and mailing address

**Stark**

**8900 Melrose Ave**

West Hollywood      CA    90069

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,200.00**

---

Debtor **Purchasing Solutions International, Inc.**     Case number (if known) **20-42180-7**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.196**   Nonpriority creditor's name and mailing address

**Stellar Works USA, Inc**

**38 Walker St**

**New York**    **NY**   **10013**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$14,691.00

---

**3.197**   Nonpriority creditor's name and mailing address

**Studio Twist LLC**

**2774 North Cobb Pkwy**

**Kennesaw**    **GA**   **30152**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$1,160.00

---

**3.198**   Nonpriority creditor's name and mailing address

**Summit Appliance Division-Felix Storch**

**770 Garrison Ave**

**Bronx**    **NY**   **10474**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$927.00

---

**3.199**   Nonpriority creditor's name and mailing address

**Swavelle Hospitality, Inc**

**300 Park Ave S 8th Floor**

**New York**    **NY**   **10010**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$27,598.10

---

Debtor **Purchasing Solutions International, Inc.**    Case number (if known) **20-42180-7**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,473.40 |
|---|---|---|---|

**Swavelle Hospitality, LLC**

**PO Box 328**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Ladson**        SC    29456

Basis for the claim: **Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $879.68 |
|---|---|---|---|

**Swavelle/Millcreek Fabrics**

**300 Park Ave S 8th Floor**

☑ Contingent
☐ Unliquidated
☑ Disputed

**New York**        NY    10010

Basis for the claim: **Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,814.00 |
|---|---|---|---|

**Table Designs**

**11445 Pyramid Dr**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Odessa**        FL    33556

Basis for the claim: **Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,356.04 |
|---|---|---|---|

**Taffard Fabrics, Inc**

**33-00 47th Ave**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Long Island City**        NY    11101

Basis for the claim: **Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor **Purchasing Solutions International, Inc.**                    Case number (if known) **20-42180-7**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** |

**Telos Furniture**

**RHH, LLC c/o Poole Accounting**

**34 Defense St STE 200**

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

**Annapolis**          **MD**     **21401**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$405.00** |

**The Citizenry**

**400 South Record St STE 1150**

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

**Dallas**          **TX**     **75202**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$2,307.00** |

**The Flemming Group**

**355 N La Brea Ave**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services Rendered**

**Los Angeles**          **CA**     **90036**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$101.13** |

**The Natural Light, Inc**

**PO Box 16449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

**Panama City**          **FL**     **32406**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor __Purchasing Solutions International, Inc.__     Case number (if known) __20-42180-7__

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                            Amount of claim

**3.208** Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:          **$759.35**
*Check all that apply.*

__The Robert Allen Duralee Group__

__PO Box 404322__
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

__Atlanta__          __GA__    __30384__      __Services Rendered__

Date or dates debt was incurred          Is the claim subject to offset?
- ☑ No
Last 4 digits of account number    __ __ __ __    ☐ Yes

---

**3.209** Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:          **$483.00**
*Check all that apply.*

__The Uttermost Co__

__3325 Grassy Hill Rd PO Box 558__
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

__Rocky Mount__        __VA__    __24151__      __Vendor__

Date or dates debt was incurred          Is the claim subject to offset?
- ☑ No
Last 4 digits of account number    __ __ __ __    ☐ Yes

---

**3.210** Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:          **$15,150.46**
*Check all that apply.*

__The Westin Grand Cayman__

__Seven Mile Beach Resort & Spa__
- ☑ Contingent
__Attn: Accounts Payable__
- ☐ Unliquidated
- ☑ Disputed
__PO Box 30620__

Basis for the claim:

     __Debt__

Date or dates debt was incurred          Is the claim subject to offset?
- ☑ No
Last 4 digits of account number    __ __ __ __    ☐ Yes

---

**3.211** Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:          **$854.13**
*Check all that apply.*

__Trinity Lighting Inc__

__2902 Quality Way__
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

__Jonesboro__        __AR__    __72401__      __Vendor__

Date or dates debt was incurred          Is the claim subject to offset?
- ☑ No
Last 4 digits of account number    __ __ __ __    ☐ Yes

Debtor    **Purchasing Solutions International, Inc.**      Case number (if known)   **20-42180-7**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.212**   Nonpriority creditor's name and mailing address

**Tucker Robbins**

**33-02 Skillman Ave 4th Floor**

**Long Island City**     **NY**    **11101**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$800.00**

---

**3.213**   Nonpriority creditor's name and mailing address

**Ulster Carpet Mills**

**81 Whitlock Ave**

**Marietta**     **GA**    **30064**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$73,930.59**

---

**3.214**   Nonpriority creditor's name and mailing address

**Valley Forge**

**1650 West McNab Rd**

**Fort Lauderdale**     **FL**    **33309**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$26,636.31**

---

**3.215**   Nonpriority creditor's name and mailing address

**Visual Comfort & Co**

**22400 Northwest Lake Dr**

**Houston**     **TX**    **77095**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$16,864.68**

---

Debtor __**Purchasing Solutions International, Inc.**__ Case number (if known) __**20-42180-7**__

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.216** Nonpriority creditor's name and mailing address

**VQC**

**PO Box 975 One Northside Industrial Park**

**South Hill**      **VA**    **23970**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$16.85**

**3.217** Nonpriority creditor's name and mailing address

**Walters Wholesale Electric**

**200 N Berry St Dock #2**

**Brea**      **CA**    **92821**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$66.18**

**3.218** Nonpriority creditor's name and mailing address

**Wells Industries**

**1284 Horizon Blvd**

**El Paso**      **TX**    **79927**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$6,319.63**

**3.219** Nonpriority creditor's name and mailing address

**Wenger Corporation**

**PO Box 1450**

**Minneapolis**      **MN**    **55485**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$16,948.00**

Debtor **Purchasing Solutions International, Inc.**        Case number (if known) **20-42180-7**

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.220** Nonpriority creditor's name and mailing address

**West Coast Industries**

**750 Battery St STE 100**

**San Francisco**            **CA**    **94111**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,292.10**

---

**3.221** Nonpriority creditor's name and mailing address

**West Elm**

**10000 Covington Cross Dr**

**Las Vegas**            **NV**    **89144**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$352.24**

---

**3.222** Nonpriority creditor's name and mailing address

**West NYC Home**

**135 5th Ave Floor 2**

**New York**            **NY**    **10010**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$6,089.00**

---

**3.223** Nonpriority creditor's name and mailing address

**Williams Sonoma**

**10000 Covington Cross Dr**

**Las Vegas**            **NV**    **89144**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$351.12**

---

Debtor **Purchasing Solutions International, Inc.**          Case number (if known) **20-42180-7**

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $939.19 |
|---|---|---|---|

**Wiremold**

**PO Box 7247-7370**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Philadelphia**      **PA**    **19170**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,922.04 |
|---|---|---|---|

**Wolf Gorden, Inc**

**333 Seventh Ave, 6th Floor**

☑ Contingent
☐ Unliquidated
☑ Disputed

**New York**      **NY**    **10001**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,278.12 |
|---|---|---|---|

**Worlds Away, LLC**

**322 S Hollywood St**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Memphis**      **TN**    **38104**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $457.76 |
|---|---|---|---|

**Y Lighting**

**1850 Mount Diablo Blvd STE 510**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Walnut Creek**      **CA**    **94596**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

Debtor  **Purchasing Solutions International, Inc.**                    Case number (if known) **20-42180-7**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.228 | **Nonpriority creditor's name and mailing address** | | **$8,360.00** |
|---|---|---|---|

**Yogui International Inc**

**1855 SW 4th Ave Bay B 25 & 26**

**Delray Beach                FL        33444**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | | **$1,515.50** |
|---|---|---|---|

**Zak+Fox, Inc**

**346 Park Ave 4th Floor**

**New York                    NY        10010**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **Purchasing Solutions International, Inc.**        Case number (if known)   **20-42180-7**

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
| --- | --- |

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |
| **4.1**   **Compass Bank** <br> **TXZ Fort Worth CB- Emerging Companies** <br> **3131 W. 7th Street Ste 200** <br><br> **Fort Worth**      **TX**    **76107** | Line   **3.20** <br><br> ☐ Not listed. Explain: | __ __ __ __ |
| **4.2**   **FUMC** <br> **c/o Echelon Leadership Attn:** <br> **Jason Harper** <br> **211 N. Ervay St., Ste 600** <br> **Dallas**      **TX**    **75201** | Line _____ <br><br> ☑ Not listed. Explain: <br>    **Notice Only** | __ __ __ __ |

Debtor **Purchasing Solutions International, Inc.**     Case number (if known) **20-42180-7**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$5,579,528.24** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$5,579,528.24** |

**Fill in this information to identify the case:**

Debtor name **Purchasing Solutions International, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **20-42180-7**     Chapter **7**
(if known)

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Xerox WorkCentre 7855i copier lease with maintenance and toner agreement **Contract to be REJECTED Contract is in DEFAULT** | De Lage Landen |
|---|---|---|---|
| | | | PO Box 41602 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Philadelphia          PA          19101 |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | professional services **Contract to be REJECTED** | Josh Eppich |
|---|---|---|---|
| | | | Bond Ellis Eppich Shafer Jones, LLP |
| | | | 420 Throckmorton, Ste 1000 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Fort Worth          TX          76102 |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | internet & phone services **Contract to be REJECTED** | Spectrum |
|---|---|---|---|
| | | | 4145 S. Falkenburg Road |
| | State the term remaining | | |
| | List the contract number of any government contract | | Riverview          FL          33578-8652 |

**Fill in this information to identify the case:**

Debtor name __**Purchasing Solutions International, Inc.**__

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number __**20-42180-7**__
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

    ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

    ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|
| **Name** — **Mailing address** | | **Name** | *Check all schedules that apply:* |
| **2.1**  **James Michael Williams** | **a/k/a J. Michael Williams** <br> Number    Street <br> **6100 Western Place, Ste 901** <br> **Fort Worth**    **TX**  **76107** <br> City    State  ZIP Code | **MunnWorks, LLC** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.2**  **James Michael Williams** | **a/k/a J. Michael Williams** <br> Number    Street <br> **1203 Virdian Park Lane** <br> **Arlington**    **TX**  **76005** <br> City    State  ZIP Code | **RHH LLC d/b/a Telos Furniture** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.3**  **James Michael Williams** | **a/k/a J. Michael Williams** <br> Number    Street <br> **1203 Virdian Park Lane** <br> **Arlington**    **TX**  **76005** <br> City    State  ZIP Code | **BBVA USA** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.4**  **James Michael Williams** | **a/k/a J. Michael Williams** <br> Number    Street <br> **1203 Virdian Park Lane** <br> **Arlington**    **TX**  **76005** <br> City    State  ZIP Code | **BBVA** | ☑ D <br> ☐ E/F <br> ☐ G |

Debtor    **Purchasing Solutions International, Inc.**      Case number (if known)   **20-42180-7**

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.5 | James Michael Williams | a/k/a J. Michael Williams<br>Number   Street<br><br>1203 Virdian Park Lane<br><br>Arlington    TX   76005<br>City       State   ZIP Code | JP Morgan Chase | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 | James Michael Williams | a/k/a J. Michael Williams<br>Number   Street<br><br>1203 Virdian Park Lane<br><br>Arlington    TX   76005<br>City       State   ZIP Code | JPMorgan Chase | ☐ D<br>☑ E/F<br>☐ G |
| 2.7 | James Michael Williams | a/k/a J. Michael Williams<br>Number   Street<br><br>1203 Virdian Park Lane<br><br>Arlington    TX   76005<br>City       State   ZIP Code | JPMorgan Chase | ☑ D<br>☐ E/F<br>☐ G |
| 2.8 | Madison Hotel Property Investment, LLC | 801 Broad Street, Ste 200<br>Number   Street<br><br><br>Chatanooga    TN   37402<br>City       State   ZIP Code | RHH LLC d/b/a Telos Furniture | ☐ D<br>☑ E/F<br>☐ G |
| 2.9 | Richard E. Michael | 1203 Virdian Park Lane<br>Number   Street<br><br><br>Arlington    TX   76005<br>City       State   ZIP Code | BBVA USA | ☐ D<br>☑ E/F<br>☐ G |
| 2.10 | Richard E. Michael | 1203 Virdian Park Lane<br>Number   Street<br><br><br>Arlington    TX   76005<br>City       State   ZIP Code | BBVA | ☑ D<br>☐ E/F<br>☐ G |
| 2.11 | Richard E. Michael | 1203 Virdian Park Lane<br>Number   Street<br><br><br>Arlington    TX   76005<br>City       State   ZIP Code | JP Morgan Chase | ☑ D<br>☐ E/F<br>☐ G |

Debtor   **Purchasing Solutions International, Inc.**                Case number (if known)   **20-42180-7**

---

■ **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|

| | Name | Mailing address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|

**2.12  Richard E. Michael**

**1203 Virdian Park Lane**
Number        Street

**Arlington**          **TX**   **76005**
City                  State   ZIP Code

Name: **JPMorgan Chase**

- ☐ D
- ☑ E/F
- ☐ G

**2.13  Richard E. Michael**

**1203 Virdian Park Lane**
Number        Street

**Arlington**          **TX**   **76005**
City                  State   ZIP Code

Name: **JPMorgan Chase**

- ☑ D
- ☐ E/F
- ☐ G

**Fill in this information to identify the case:**

Debtor Name **Purchasing Solutions International, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): **20-42180-7**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B..................................................................................... | **$1,080,000.00**

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B................................................................................... | **$2,220,161.74**

   1c. **Total of all property**
   Copy line 92 from Schedule A/B..................................................................................... | **$3,300,161.74**

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...... | **$2,013,057.36**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F................................................ | **$0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.................. | + **$5,579,528.24**

4. **Total liabilities**
   Lines 2 + 3a + 3b........................................................................................................ | **$7,592,585.60**

**Fill in this information to identify the case and this filing:**

Debtor Name __**Purchasing Solutions International, Inc.**__

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number __**20-42180-7**__
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**07/27/2020**__　　　X __/s/ Mike Williams__
　　　　　MM / DD / YYYY　　　　　Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　　**Mike Williams**
　　　　　　　　　　　　　　　Printed name
　　　　　　　　　　　　　　　**President**
　　　　　　　　　　　　　　　Position or relationship to debtor